UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

DONIELLE LAVONTE HAWKINS
a/k/a "Lucky"
_____/

Case No. 8:07-cr-345-T-23TBM

**PRELIMINARY ORDER OF FORFEITURE**

On April 24, 2008, the United States moved (Doc. 34) for entry of a preliminary order of forfeiture, which shall be a Final Order of Forfeiture as to Donielle Lavonte Hawkins' right, title, and interest in the below-listed property.  The motion is **GRANTED**. By virtue of his guilty plea and pursuant to 21 U.S.C. § 853 and Rule 32.2, Federal Rules of Criminal Procedure, Hawkins' right, title, and interest in the below-listed assets are forfeited to the United States for disposition according to law.

   a.   Germany, Model EA/R revolver, .38 caliber, serial #1519315; and

   b.   Six rounds of assorted ammunition.

Pursuant to 21 U.S.C. § 853(n), the United States will publish, in such a manner as the Attorney General may direct, notice of its intent to dispose of the forfeited property.  As to any person known to have alleged an interest in the property, to the extent practicable, the United States may provide direct written notice as a substitute for published notice.

Other than Hawkins, any person who claims any right, title, or interest in the forfeited property must file with the Clerk of the United States District Court, Tampa

Division, 801 North Florida Avenue, Tampa, Florida, 33602, a petition for a hearing to adjudicate the claimant's interest.  The petition should be mailed within thirty (30) days of receipt of actual notice or the final publication of notice, whichever is earlier.  The petition (1) shall provide the nature and extent of the petitioner's right, title, or interest in the forfeited property along with any facts surrounding the petitioner's claim and (2) shall be signed by the petitioner under penalty of perjury.  The court will set a hearing to determine the validity of the petitioner's interest in the forfeited property.

Pursuant to 21 U.S.C. § 853, a final order of forfeiture will issue upon adjudication of all third-party interests.

ORDERED in Tampa, Florida, on April 29, 2008.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE